UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

WILLIAM E. POWELL,

Plaintiff,

v.                                                              Case No. 14-13589

FIRST ALLIED SECURITIES, INC.,

Defendant.

_____/

**ORDER NOTING NEED FOR RESPONSE TO MOTION TO DISMISS**

This matter is before the court, on its own motion, relative to a Motion to Dismiss filed

by the Defendant on or about March 3, 2015. The motion was followed soon thereafter by an

"objection" filed by Plaintiff, proceeding *pro se*.

The court observes, first, that an "objection" is not a response to a motion. Second, that

the Local Rules provide for a period of twenty-one days to respond to a dispositive motion such

as a motion to dismiss.  E. D. Mich. LR 7.1e (1)(A), (B). And finally, that a colorable motion

that stands with no opposition is very likely to be granted.


                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: March 17, 2015

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 17, 2015, by electronic and/or ordinary mail.

s/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522